HONORABLE RONALD B. LEIGHTON

06-CV-05161-ORD

FILED ___ LODGED
___ RECEIVED

JUL 26 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In re

CADET MANUFACTURING COMPANY,

Debtor.

___

GRANITE STATE INSURANCE COMPANY,

Appellant,

v.

CADET MANUFACTURING COMPANY, et al.,

Appellees.

USDC CASE NO. C06-5161

INTERNAL APPEAL NO. 06-T004

BANKRUPTCY NO. 99-30304

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO APPELLEE PORT OF VANCOUVER, USA'S MOTION TO DISMISS APPEAL

THIS MATTER comes before the Court upon motion ("Motion") by Appellant Granite State Insurance Company ("Granite") under Federal Rules of Bankruptcy Procedure 8011 and 9006 requesting an Order extending the time to respond to the

[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO APPELLEE PORT OF VANCOUVER, USA'S MOTION
TO DISMISS APPEAL – Page 1

BUSH STROUT &
KORNFELD
LAW OFFICES
601 Union Street, #5500
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1  Motion to Dismiss ("Motion to Dismiss") filed by Appellee Port of Vancouver, USA to

2  Wednesday, August 2, 2006. The court, having reviewed the moving papers, responsive

3  pleadings, and the court files in this matter does hereby find as follows:

4     IT IS HEREBY ORDERED as follows:

5     1.   The Motion is granted.

6     2.   The time for Granite to file a response to the Motion to Dismiss is

7  extended to Wednesday, August 2, 2006.

8     DATED this 26th day of July, 2006.

9

10

11             HONORABLE RONALD B. LEIGHTON
           United States District Judge

12  Presented by:

13  BUSH STROUT & KORNFELD

14

15  By_____
   James L. Day, WSBA #20474
Attorneys for Granite State Insurance Company

16

17

18

19

20

21

[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO APPELLEE PORT OF VANCOUVER, USA'S MOTION
TO DISMISS APPEAL – Page 2

BUSH STROUT &
KORNFELD
LAW OFFICES
601 Union Street, #5500
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1442 26001 rg243803